AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

AUSA: Zelinsky / 4928

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

11:45 am, Apr 14 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
PROSPECTIVE LOCATION INFORMATION OF THE CELLULAR TELEPHONE WITH IMEI 351966621238135, WHICH ARE STORED AT PREMISES CONTROLLED BY VERIZON

Case No. 23-1117 BPG

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of ___New Jersey___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment C

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 3146 | Failure to Appear |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
Special Agent Laura Steinbach, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: March 30, 2023

*Judge's signature*
Honorable Beth P. Gesner, U.S. Chief Magistrate Judge
*Printed name and title*

City and state: Baltimore, Maryland